```
          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF KANSAS
```

**JAMES BRENT WATTS,**

                    **Petitioner,**

      **v.**                                  CASE NO. 22-3195-JWL-JPO

**LUCIFER, et al.,**

                    **Respondents.**

## MEMORANDUM AND ORDER

This matter comes before the Court on pro se Petitioner James Brent Watts' motion to reconsider the denial of Petitioner's request that there be only one judge assigned to his case in order to accommodate his religious beliefs. (Doc. 7.) The motion is denied. Petitioner has established none of the bases for reconsideration of the prior order and the Court sees no reason to reconsider its previous denial of this request. *See* (Doc. 6); Local Rule 7.3(b) (explaining bases for motion to reconsider).

**IT IS THEREFORE ORDERED** that the motion (Doc. 7) is **denied.**

**IT IS SO ORDERED.**

DATED:  This 20th day of October, 2022, at Kansas City, Kansas.

                                          S/ John W. Lungstrum

                                          JOHN W. LUNGSTRUM
                                          United States District Judge