IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES BRENT WATTS,

                Petitioner,

v.                                      CASE NO. 22-3195-JWL-JPO

LUCIFER, et al.,

                Respondents.

**MEMORANDUM AND ORDER**

This matter was dismissed without prejudice on September 13, 2022, because it was substantively identical to an already pending § 2254 petition also filed by Petitioner. (Doc. 3.) Petitioner has since filed multiple motions for reconsideration and for additional orders that comply and enforce his religious beliefs. (Docs. 5, 7, 12.) The Court has denied the motions, explaining in detail the reasons for the denials. (Docs. 6, 8, 14.) The matter comes now before the Court on Petitioner's recently filed motion to correct and amend the judgment. (Doc. 15.)

The Court has previously explained that Rule 59 motions to alter or amend a judgment must be filed within 28 days after the entry of judgment. (Doc. 14, p. 2.) Judgment in this case was entered on September 13, 2022, and Petitioner did not submit the current motion for mailing until June 28, 2023. (*See* Doc. 15, p. 17.) "[A] court may not extend the time to act under Rule 59(e)." *Solidfx, LLC v. Jeppesen Sanderson, Inc.*, 823 Fed. Appx. 559, 568 n. 4 (10th Cir. 2020) (citations omitted). Thus, the current motion is untimely.

In addition, even if the motion is liberally construed to seek relief under Rule 60(b), which has a more lenient timeline for filing, it does not identify the type of circumstances that warrant relief under Rule 60(b) and which have already been identified for Petitioner. (*See* Doc. 14, p. 2-

1

3.) Rather, Petitioner asserts his religious authority and asks the Court to enter orders that enforce his religious beliefs. He has not identified any legal reason for the Court to reconsider its previous rulings, reopen this matter, or correct the judgment. If Petitioner files additional motions in this case that seek similar relief, they will be summarily denied.

**IT IS THEREFORE ORDERED** that Petitioner's motion to correct and amend the judgment (Doc. 15) is **denied.** This case remains closed.

**IT IS SO ORDERED.**

DATED:   This 12th day of July, 2023, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge